IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:16CR76** |
| vs. | |
| DONALD MORRISSEY, | **ORDER** |
| Defendant. | |

This matter is before the court on attorney Stephen Baxley's Motion for Interim Payment (Filing No. 148). Because defendant Donald Morrissey is scheduled to begin trial on October 11, 2016, and for no good cause shown, the Motion for Interim Payment (Filing No. 148) is denied.

IT IS SO ORDERED.

Dated this 16th day of September, 2016.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge